

# UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF MICHIGAN
### 200 EAST LIBERTY STREET, SUITE 400
### ANN ARBOR, MICHIGAN 48104

CHAMBERS OF
JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE

August 5, 2008

(734) 741-2106

The Honorable Ortrie D. Smith
Chair, Judicial Conference Committee on Financial Disclosure
Administrative Offices of the U.S. Courts
One Columbia Circle, NE
Washington, D.C. 20544

RECEIVED 2008 AUG 11 A 10: 51 FINANCIAL DISCLOSURE OFFICE

RE: Calendar Year 2007 Filing

Dear Judge Smith:

This letter responds to your letter of July 18th. I am enclosing 3 copies of my revised calendar year 2007 filing with the following changes.

In Part VII, page 4, line 5, a parenthetical ("X") appears next to the asset which was exempt for disclosure in my Financial Report covering 2006.

In Part VII, page 6, line 35, "Mutual Funds/Closed Ends" has been replaced with a more informative "Zimmer Holdings Inc. Com".

I trust this is responsive to your July 18th letter. If there is anything further I should do, please let me know.



JCO:jef

Enclosure

REVISED AUGUST 5, 2008

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Meara, John Corbett | 2. Court or Organization<br><br>Eastern District of MI | 3. Date of Report<br><br>08/05/2008 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Sr. Status U.S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>United States District Court<br>200 E. Liberty Street<br>Ann Arbor, MI 48104 | **8. On the basis of the information contained in this Report and any**<br> **modifications pertaining thereto, it is, in my opinion, in compliance**<br> **with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | U.S. District Court, Eastern District of Michigan, Historical Society |
| 2. Director | Michigan Opera Theatre |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 11 A 10: 51 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Varnum Riddering LLPC |
| 2. 2007 | Private Practice |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 08/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 08/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HILLSDALE COUNTY NATIONAL BANK COMMON STOCK | A | Dividend | K | T | | | | | |
| 2. BANK ONE (NOW CHASE) CHECKING ACCOUNT(CASH) | B | Interest | J | T | | | | | |
| 3. MERRILL LYNCH CMA(CASH) (NOTE 1) | C | Dividend | L | T | | | | | |
| 4. MERRILL LYNCH TRUST ACCOUNT (Lines 5 THROUGH 26) | | None | | | None | | | | |
| 5. ALTRIA GROUP INC (X) | C | Dividend | P1 | T | | | | | |
| 6. AMBAC FINCL GRP NY | A | Dividend | | | S | 11/28 | J | A | Non-private |
| 7. AMER EXPRESS COMPANY COM | A | Dividend | L | T | | | | | |
| 8. AMERIPRISE FINL INC | A | Dividend | L | T | | | | | |
| 9. BRISTOL MYERS SQUIBB CO COM | B | Dividend | M | T | | | | | |
| 10. CMA TAX EXEMPT FUND (INCLUDES RETIREMENT RESERVES FUND) | E | Interest | O | T | | | | | |
| 11. GENERAL DYNAMICS COPR | A | Dividend | J | T | | | | | |
| 12. KRAFT FOODS INC VA CLA | A | Dividend | K | T | B | 11/28 | K | | Non-private |
| 13. LEHMAN BROTHERS HLDGS COM | A | Dividend | J | T | | | | | |
| 14. LOWES COMPANIES INC. | A | Dividend | J | T | | | | | |
| 15. MICH MUN BD AUTH REV | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 16. OMAHA NEB | A | Dividend | L | T | B | 12/14 | L | | Non-private |
| 17. OREGON ST | A | Dividend | K | T | B | 12/14 | K | | Non-private |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Meara, John Corbett | 08/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PAYCHEX INC. | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 19. PROCTOR GAMBLE COM | B | Dividend | K | T | | | | | |
| 20. RICHARDSON TEX | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 21. UNION PACIFIC CORP COM | A | Dividend | J | T | | | | | |
| 22. UNITED HEALTH GROUP INC. (United Healthcare Group) | A | Dividend | J | T | | | | | |
| 23. WELLPOINT INC. | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 24. WELLS FARGO & CO. NEW DEL | D | Dividend | M | T | | | | | |
| 25. WESTCHESTER CNTY | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 26. JCO IRA MERRILL LYNCH (LINES 27 THROUGH 42) | | None | | | None | | | | |
| 27. BLACKROCK TL RTN II INST | B | Dividend | L | T | | | | | |
| 28. BRANDY WINE BLUE FUND | A | Dividend | L | T | | | | | |
| 29. CALVERT INCOME FUND COM | A | Dividend | M | T | | | | | |
| 30. EATON VANCE FLOATING RATE FUND | A | Dividend | L | T | | | | | |
| 31. FIDELITY ADV DIV INTL 1 | A | Dividend | K | T | | | | | |
| 32. FPA NEW INCOME INC | A | Dividend | M | T | | | | | |
| 33. JOHN HANCOCK SMALL CAP | A | Dividend | L | T | B | 11/28 | L | | Non-private |
| 34. LOOMIS SAYLES BOND FD | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 08/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ZIMMER HOLDINGS INC. COM | A | Dividend | K | T | B | 9/06 | K | | Non-private |
| 36. NEUBERG & BERMIN GENESIS TRUST | A | Dividend | | | S | 9/06 | L | C | Non-private |
| 37. OPPENHEIMER CAPITAL APRECIATION CL A | A | Dividend | K | T | | | | | |
| 38. PIMCO LOW DURATION | A | Dividend | L | T | B | 12/14 | L | | Non-private |
| 39. PIMCO TOTAL RETURN FD | D | Dividend | M | T | | | | | |
| 40. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |
| 41. THIRD AVENUE VALUE FD | C | Dividend | L | T | B | 9/06 | L | | Non-private |
| 42. THORNBURG INTERNATIONAL VALUE FD A | A | Dividend | L | T | | | | | |
| 43. IRA - MERRILL LYNCH(S): (Lines 44 through 49) | | None | | | None | | | | |
| 44. BLACKROCK FUNDAMENTAL | A | Dividend | J | T | B | 7/12 | J | | Non-private |
| 45. FIRST UNION NAT'L BANK | A | Dividend | L | T | B | 12/6 | L | | Non-private |
| 46. GENERAL ELE CAP CORP (Bought 12/06 & 12/10) | A | Dividend | M | T | B | 12/6 | M | | Non-private |
| 47. MILBANK USA RASP | E | Dividend | O | T | | | | | |
| 48. ML FUNDAMENTAL GROWTH A | A | Dividend | | | S | 12/6 | N | A | Non-private |
| 49. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |
| 50. THIS LINE 50 IS LAST LINE | | None | | | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Meara, John Corbett | 08/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1 (Line 5): ████████ I have a ███-held Merrill Lynch CMA (Cash Management Account) which we use as a checking account. The balance in the account on any given day draws interest at the money market rate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2008 | FOR CALENDAR YEAR 2007 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Meara, John Corbett | Eastern District of MI | 06/18/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Sr. Status U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 200 E. Liberty Street <br> Ann Arbor, MI 48104 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | U.S. District Court, Eastern District of Michigan, Historical Society |
| 2. Director | Michigan Opera Theatre |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE FINANCIAL 2008 JUN 23 A 10: 5b RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Intermet: Director's Fees |
| 2. 2007 | Varnum Riddering LLPC |
| 3. 2007 | Private Practice |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HILLSDALE COUNTY NATIONAL BANK COMMON STOCK | A | Dividend | K | T | | | | | |
| 2. BANK ONE (NOW CHASE) CHECKING ACCOUNT(CASH) | B | Interest | J | T | | | | | |
| 3. MERRILL LYNCH CMA(CASH) (NOTE 1) | C | Dividend | L | T | | | | | |
| 4. MERRILL LYNCH TRUST ACCOUNT (Lines 5 THROUGH 26) | | None | | | None | | | | |
| 5. ALTRIA GROUP INC | C | Dividend | P1 | T | | | | | |
| 6. AMBAC FINCL GRP NY | A | Dividend | | | S | 11/28 | J | A | Non-private |
| 7. AMER EXPRESS COMPANY COM | A | Dividend | L | T | | | | | |
| 8. AMERIPRISE FINL INC | A | Dividend | L | T | | | | | |
| 9. BRISTOL MYERS SQUIBB CO COM | B | Dividend | M | T | | | | | |
| 10. CMA TAX EXEMPT FUND (INCLUDES RETIREMENT RESERVES FUND) | E | Interest | O | T | | | | | |
| 11. GENERAL DYNAMICS COPR | A | Dividend | J | T | | | | | |
| 12. KRAFT FOODS INC VA CLA | A | Dividend | K | T | B | 11/28 | K | | Non-private |
| 13. LEHMAN BROTHERS HLDGS COM | A | Dividend | J | T | | | | | |
| 14. LOWES COMPANIES INC. | A | Dividend | J | T | | | | | |
| 15. MICH MUN BD AUTH REV | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 16. OMAHA NEB | A | Dividend | L | T | B | 12/14 | L | | Non-private |
| 17. OREGON ST | A | Dividend | K | T | B | 12/14 | K | | Non-private |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 06/18/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PAYCHEX INC. | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 19. PROCTOR GAMBLE COM | B | Dividend | K | T | | | | | |
| 20. RICHARDSON TEX | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 21. UNION PACIFIC CORP COM | A | Dividend | J | T | | | | | |
| 22. UNITED HEALTH GROUP INC. (United Healthcare Group) | A | Dividend | J | T | | | | | |
| 23. WELLPOINT INC. | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 24. WELLS FARGO & CO. NEW DEL | D | Dividend | M | T | | | | | |
| 25. WESTCHESTER CNTY | A | Dividend | K | T | B | 12/14 | K | | Non-private |
| 26. JCO IRA MERRILL LYNCH (LINES 27 THROUGH 42) | | None | | | None | | | | |
| 27. BLACKROCK TL RTN II INST | B | Dividend | L | T | | | | | |
| 28. BRANDY WINE BLUE FUND | A | Dividend | L | T | | | | | |
| 29. CALVERT INCOME FUND COM | A | Dividend | M | T | | | | | |
| 30. EATON VANCE FLOATING RATE FUND | A | Dividend | L | T | | | | | |
| 31. FIDELITY ADV DIV INTL I | A | Dividend | K | T | | | | | |
| 32. FPA NEW INCOME INC | A | Dividend | M | T | | | | | |
| 33. JOHN HANCOCK SMALL CAP | A | Dividend | L | T | B | 11/28 | L | | Non-private |
| 34. LOOMIS SAYLES BOND FD | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. MUTUAL FUNDS/CLOSED ENDS | A | Dividend | K | T | B | 9/06 | K | | Non-private |
| 36. NEUBERG & BERMIN GENESIS TRUST | A | Dividend | | | S | 9/06 | L | C | Non-private |
| 37. OPPENHEIMER CAPITAL APRECIATION CL A | A | Dividend | K | T | | | | | |
| 38. PIMCO LOW DURATION | A | Dividend | L | T | B | 12/14 | L | | Non-private |
| 39. PIMCO TOTAL RETURN FD | D | Dividend | M | T | | | | | |
| 40. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |
| 41. THIRD AVENUE VALUE FD | C | Dividend | L | T | B | 9/06 | L | | Non-private |
| 42. THORNBURG INTERNATIONAL VALUE FD A | A | Dividend | L | T | | | | | |
| 43. IRA - MERRILL LYNCH(S): (Lines 44 through 49) | | None | | | None | | | | |
| 44. BLACKROCK FUNDAMENTAL | A | Dividend | J | T | B | 7/12 | J | | Non-private |
| 45. FIRST UNION NAT'L BANK | A | Dividend | L | T | B | 12/6 | L | | Non-private |
| 46. GENERAL ELE CAP CORP (Bought 12/06 & 12/10) | A | Dividend | M | T | B | 12/6 | M | | Non-private |
| 47. MILBANK USA RASP | E | Dividend | O | T | | | | | |
| 48. ML FUNDAMENTAL GROWTH A | A | Dividend | | | S | 12/6 | N | A | Non-private |
| 49. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |
| 50. THIS LINE 50 IS LAST LINE | | None | | | None | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Meara, John Corbett | 06/18/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1 (Line 5): ████████ I have a ████ -held Merrill Lynch CMA (Cash Management Account) which we use as a checking account. The balance in the account on any given day draws interest at the money market rate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544